# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:07cr80 |
| | § | (Judge Schell) |
| JAMIE AMBROSE | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on March 22, 2010, to determine whether Defendant violated her supervised release. Defendant was represented by Clinton Broden. The Government was represented by Tracey Batson.

On September 25, 2007, Defendant was sentenced by the Honorable Richard A. Schell to ten (10) months' custody followed by two (2) years of supervised release for the offense of Possession of Counterfeit Obligations. On June 20, 2008, Defendant completed her period of imprisonment and began service of her supervised term.

On February 2, 2010, the U.S. Pretrial Services Officer executed a Petition for Warrant for Offender Under Supervision. The petition asserted that Defendant violated the mandatory conditions that she not commit another federal, state, or local crime and that she not unlawfully possess a controlled substance. The petition also alleged a violation of the standard condition that defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician.

The petition alleges that Defendant committed the following acts: (1) On November 7, 2008,

Defendant was arrested by Collin County Sheriff deputies for theft of property under $1,500 with two or more previous convictions, a state jail felony. On July 2, 2009, the Defendant pleaded guilty to the charge and was sentenced to six months' confinement in a state jail facility, and ordered to pay $600 restitution; (2) On December 30, 2008, Defendant was arrested by Farmers Branch Police for possession of a controlled substance, a state jail felony. On July 29, 2009, Defendant pleaded guilty to the charge and was sentenced to one hundred and eighty days' confinement in a state jail facility, and ordered to pay a $1,500 fine; and (3) On March 27, 2009, Defendant was arrested by Denton County deputies for theft of property under $1,500 with two or more previous convictions, a state jail felony, and failure to identify fugitive with intent to give false information, a class A misdemeanor. On May 1, 2009, Defendant pleaded guilty to the theft of property charge and was sentenced to six months' confinement in the county jail. On June 10, 2009, Defendant pleaded guilty to the charge of failure to identify and was sentenced to sixty days' confinement in the county jail.

Prior to the Government putting on its case, Defendant entered a plea of true to all of the violations. The guideline range for these violations is twelve to eighteen months.

## RECOMMENDATION

The Court recommends that the District Judge revoke Defendant's supervised release. The Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months and one day with no supervised release to follow. It is also recommended that Defendant be housed in the FMC Carswell. The Court also recommends that Defendant receive drug counseling.

After the Court announced the recommended sentence, Defendant executed the consent to revocation of supervised release and waiver of right to be present and speak at sentencing. Defendant and the Government also waived their right to file objections.

**SIGNED this 23rd day of March, 2010.**

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE